1   **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9   Benjamin Taft, et al.,                    )   No. CV-11-2599-PHX-SMM
                                              )
10                  Plaintiffs,               )
                                              )
11  vs.                                       )   **ORDER**
                                              )
12  American Family Mut. Ins. Co., et al.,    )
                                              )
13                  Defendants.               )
                                              )
14  _____ )

15          Pending before the Court is the parties' Stipulation for Dismissal With Prejudice.

16  (Doc. 92.)

17          Accordingly,

18          **IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all

19  claims with all parties to bear their respective costs and attorney's fees.

20          **IT IS FURTHER DENYING** as moot Plaintiff's motion for clarification. (Doc. 88.)

21          **IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday,**

22  **February 24, 2014 at 2:30 p.m.** and the trial that was set to commence on **Tuesday,**

23  **February 18, 2014.**

24          DATED this 27th day of January, 2014.

25

26  _____

27                        Stephen M. McNamee
                      Senior United States District Judge
28